| | | |
|---|---|---|
| Estado Libre Asociado de Puerto Rico TRIBUNAL DE APELACIONES PANEL ESPECIAL | | |
| YAZMIRA RODRÍGUEZ ÁLVAREZ Y OTROS Parte Recurrida Vs. AGUSTÍN BURGOS TORRES Parte Peticionario | TA2025CE00766 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Ponce Civil Núm. PO2021RF00701 Consolidado con PO2021RF00891 Sobre: Custodia Monoparental o compartida, Alimentos-Menores de Edad, Filiación Impugnación de Reconocimiento Voluntario. |

Panel integrado por su presidenta, la Jueza Grana Martínez, el Juez Rodríguez Flores y la Juez Lotti Rodríguez

Lotti Rodríguez, Juez Ponente

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 1 de diciembre de 2025.

Examinada la petición de *certiorari* instada el 14 de noviembre de 2025 por el peticionario Agustín Burgos Torres, y la *Moción en Auxilio de Jurisdicción* presentada el 1 de diciembre de 2025, este Tribunal concluye que procede abstenerse de ejercer su jurisdicción revisora, por lo que se deniega la expedición del auto de *certiorario*[1], *y el Auxilio de Jurisdicción.*

Se deja sin efecto la Resolución del 25 de noviembre de 2025 concediéndole la prorroga a la parte recurrida para exponer posición sobre los méritos del recurso.

Notifíquese inmediatamente.

---

[1] *Véase*, Regla 52.1 de las de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, así como la Regla 40 del Reglamento del Tribunal de Apelaciones, Regla 40 del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 62, 215 DPR __ (2025).

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones